UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVESTER S. KAAR and LINDA S. KAAR, individuals and husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a national banking association; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:16-CV-01290-WHA<br><br>[*The Honorable William Alsup*]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court, having reviewed the Joint Stipulation to Extend Time to Respond to Complaint and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT**:

The deadline for Wells Fargo to respond to the Complaint is extended from April 8, 2016 to April 22, 2016.

**IT IS SO ORDERED**.

Dated: April 5, 2016.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE