IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER S KAAR and LINDA S. KAAR,<br><br>             Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., a national banking association; and DOES 1–10, inclusive,<br><br>             Defendant.<br>_____/ | No. C 16-01290 WHA<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS** |

The parties submitted a joint stipulation requesting a continuance of the hearing on the motion to dismiss until June 23, 2016. A continuance of three weeks is not justified. The hearing shall take place on **JUNE 9, 2016 AT 8:00 AM**.

**IT IS SO ORDERED.**

Dated: May 31, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE