Marcus T. Brown (State Bar No. 255662)
Law Office of Marcus T. Brown
3100 Oak Road, Suite 100
Walnut Creek, CA 94597
(925) 482-8950 / (925) 482-8975 (Fax)
marcus@marcusbrownlaw.com

Attorney for Plaintiffs/Counter-defendants/
Counterclaimants SYLVESTER S. KAAR
and LINDA S. KAAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER S. KAAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, et al., <br><br> Defendants. | Case No. 3:16-cv-01290-WHA <br><br> [PROPOSED] ORDER ENLARGING TIME TO OPPOSE MOTION TO DISMISS |

Having reviewed the parties' stipulation to enlarge the time for Sylvester S. Kaar and Linda S. Kaar (collectively, "Kaars") to respond to the motion of Wells Fargo Bank, N.A., to dismiss the Kaars' counterclaim-in-reply, and good cause appearing, the Court ORDERS:

1. The request in the stipulation is GRANTED;

2. The Kaars' time to oppose the motion to dismiss their counterclaim-in-reply is enlarged nine days, up to and including October 20, 2016; and

3. Any reply on the motion is due October 27, 2016.

Dated  October 5, 2016.

_____
William Alsup
U.S. DISTRICT COURT JUDGE

1
ORDER ENLARGING TIME TO OPPOSE MOTION TO DISMISS - 3:16-cv-01290-WHA